**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| VALLEY HOPE ASSOCIATION,<br><br>*Plaintiff,*<br><br>vs.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, ET. AL.,<br><br>*Defendants.* | Case No. 2:18-CV-02276 |

**DISCLOSURE STATEMENT FORM**

The nongovernmental corporate party Valley Hope Association in the above listed civil action does not have any parent corporation or public corporation owning 10% or more of its stock.

                                                s/Aaron L. Kite
                                                David J. Rebein #10476
                                                Aaron L. Kite #18765
                                                **REBEIN BROTHERS**
                                                TRIAL LAWYERS
                                                P.O. Box 1147
                                                Dodge City, Kansas 67801
                                                620-227-8126
                                                620-227-8451 (f)
                                                620-338-0593 (c)
                                                dave@rbr3.com
                                                aaron@rbr3.com
                                                *Attorneys for Plaintiff*